```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18778
    JONNIE A ANDERSON
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-0702


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/12/07 .

    2.  The case was converted to Chapter 7 without confirmation, 12/12/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
NATIONAL CITY BANK         CURRENT MORTG         .00           .00           .00
DUPAGE COUNTY COLLECTOR    SECURED               .00           .00           .00
CITY OF ELMHURST           SECURED               .00           .00           .00
INTERNAL REVENUE SERVICE   SECURED               .00           .00           .00
NATIONAL CITY BANK         MORTGAGE ARRE   NOT FILED          .00           .00
ACTION PHARM               UNSECURED       NOT FILED          .00           .00
CDA PONTIAC                UNSECURED       NOT FILED          .00           .00
CDA PONTIAC                UNSECURED       NOT FILED          .00           .00
CDA PONTIAC                UNSECURED       NOT FILED          .00           .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED          .00           .00
CREDITORS COLLECTION       UNSECURED       NOT FILED          .00           .00
DEPENDON COLLECTION SVC    UNSECURED       NOT FILED          .00           .00
DOCTORS CHOICE HOME HLTH   UNSECURED       NOT FILED          .00           .00
EMERGENCY PHYSICIANS       UNSECURED       NOT FILED          .00           .00
HEALTHCARE CENTERS MORRI   UNSECURED       NOT FILED          .00           .00
HSBC                       UNSECURED       NOT FILED          .00           .00
JOLIET ONCOLOGY HEMATOLO   UNSECURED       NOT FILED          .00           .00
MACNEAL HEALTH NETWORK     UNSECURED       NOT FILED          .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED          .00           .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID

NICOR GAS                  UNSECURED       NOT FILED          .00           .00
OMNICARE OF NORTHERN IL    UNSECURED       NOT FILED          .00           .00
        Summary of disbursements:
------------------------------------------------------------------------
                 SECURED    PRIORITY    UNSECURED    OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00        .00          .00       .00         .00
PRINCIPAL PAID       .00        .00          .00       .00         .00
INTEREST PAID        .00        .00          .00       .00         .00
TOTAL PAID           .00        .00          .00       .00         .00
The Debtor's attorney, LEEDERS & ASSOC LTD          , was allowed $     .00
```

and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 18778 JONNIE A ANDERSON